Kevin J. Rattay (011057)
Kevin J. Rattay PLC
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
kjr@rattaylaw.com
Tel: (602) 248-1066
Fax: (602) 248-0522
Email: kjr@rattaylaw.com

Attorneys for Debtors/Plaintiffs

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>HERMAN JOHN VRANA and LORI LYNN VRANA,<br><br>    Debtors. | In proceedings under chapter 13<br><br>Case No. 2:09-bk-12409-SSC |
| HERMAN JOHN VRANA and LORI LYNN VRANA,<br><br>    Plaintiffs,<br><br>vs.<br><br>NAVY FEDERAL CREDIT UNION, a Federal Credit Union organized under the laws of the United States<br><br>    Defendant. | Adversary No. 2:09-ap-00865-SSC<br><br>**COMPLAINT TO DETERMINE THE VALIDITY, PRIORITY, OR EXTENT OF A LIEN OR OTHER INTEREST IN PROPERTY** |

## INTRODUCTION

Herman John Vrana and Lori Lynn Vrana, by and through counsel, for their Complaint hereby allege and state as follows:

## STATEMENT OF JURISDICTION

1. The Debtors are Arizona residents.

2. Defendant Navy Federal Credit Union is a Federal Credit Union organized under the laws of the United States.

3. This is an adversary proceeding to determine the validity, priority and extent of the lien of Defendant and is brought pursuant to 11 U.S.C. §506 (a) and Rule 7001(2) of the Federal Rules of Bankruptcy Procedure.

4. This court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(K).

**GENERAL ALLEGATIONS**

5. The Debtors are owner of real property located at 15417 North 62nd Drive, Glendale, Arizona 85306. The legal description of said property is Lot 45, College Park Unit 17, According to Book 200 of Maps, page 38, Records in the Office of the County Recorder of Maricopa County, Arizona. Said property will hereinafter be referred to as the "Real Property".

6. The Real Property is subject to a first position Deed of Trust in favor of J.P Morgan Chase recorded with the Maricopa County Recorder's Office on December 5, 2005, at Document No. 20051835505. Pursuant to the proof of claim filed by Chase in this proceeding, the balance on said loan as of the petition filing date was $146,865.76.

7. The Real Property is also encumbered by a second position Deed of Trust ("Second Deed of Trust") recorded with the Maricopa County Arizona on March 9, 2006, at Document No. 20060320112. The Second Deed of Trust secures a loan made by Defendant Navy Federal Credit Union.

8. On behalf of Navy Federal Credit Union a Proof of Claim was filed in this bankruptcy proceeding asserting a balance of $81,802.73 on the debt secured by the Second Deed of Trust.

9. The fair market value of the Real Property is not more than $125,000.00. Upon information and belief, a comparable home at 6226 W. Karen Lee, Glendale, Arizona sold for

$89,000.00 on May 22, 2009. A "Compass home value" search on May 1, 2009 estimated the value of the Real Property to be from $108,900 to $121,000.

## COUNT ONE
### Determination of Validity, Priority or Extent of Lien

10. There is no equity in the Real Property for the Second Deed of Trust to attach to. According, pursuant to 11 U.S.C. §506(a), the claim secured by the Second Deed of Trust must be reclassified as an unsecured claim in the bankruptcy proceeding.

## CLAIM FOR RELIEF

The Debtors are entitled to a judgment of this court declaring that:

(1) The claim secured by the Second Deed of Trust is a general unsecured claim;

(2) The Second Deed of Trust is avoided;

(3) That the Second Deed of Trust is released as an encumbrance against the Real Property;

(4) That the Second Deed of Trust is void and is of no force or effect;

(5) For such other relief as the court deems appropriate.

DATED: July 31, 2009

**KEVIN J. RATTAY, PLC**

*Kevin J. Rattay, #011057*
Kevin J. Rattay
Attorney for Debtors